UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SCHUG WINERY LLC,<br><br>　　　　　Defendants. | Case No. 21-cv-09395-SI  (SI)<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON NOTICE OF SETTLEMENT** |

　　　The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

　　　IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

　　　**IT IS SO ORDERED**.

Dated: May 27, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge